UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| KEESHA DEMONE BOYD, | § | Case No. 20-80229 (JPN) |
| | § | |
| DEBTOR | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS

The Texas Comptroller of Public Accounts, Revenue Accounting Division (the "Texas Comptroller") hereby gives notice of its appearance in the case, pursuant to Bankruptcy Rule 9010, by and through the undersigned counsel:

E. Stuart Phillips
Assistant Attorney General
bk-sphillips@oag.texas.gov
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX   78711-2548

The Texas Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other reports, pleadings and notices filed by the Trustee or any other interested party in this case, in accordance with Bankruptcy Rules 2002, 3017 and 9013, and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RYAN L. BANGERT
Deputy First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

<u>/s/ E. Stuart Phillips</u>
E. Stuart Phillips
Assistant Attorney General
bk-sphillips@oag.texas.gov
Texas Bar No. 15923600
Southern Dist. of Texas Bar No. 5310
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX   78711-2548
tel:   (512) 475-4562
fax:   (512) 936-1409

**COUNSEL FOR THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

**CERTIFICATE OF SERVICE**

      I certify that on October 7, 2020, a true copy of the foregoing will be mailed by first class mail to:

Keesha Demone Boyd
6610 S. Ridgecrest Dr
Hitchcock, TX 77563=2044

and was served on the following on October 6, 2020, by electronic means using the Court's ECF Noticing System:

- **Michael L. Hardwick** michael@michaelhardwicklaw.com, MichaelHardwickLawPLLC@jubileebk.net
- **William E. Heitkamp** heitkamp@ch13hou.com
- **US Trustee** USTPRegion07.HU.ECF@USDOJ.GOV

                                             /s/ Sherri K. Simpson
                                             Sherri K. Simpson